JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLENE ELLIS and HARVEY ELLIS,<br><br>Plaintiffs,<br><br>v.<br><br>HOBBY LOBBY, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: 5:16-cv-02476-JGB-KKx<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: October 12, 2017

_____
Hon. Jesus G. Bernal
United States District Judge

-1-

Order on Joint Stip of Dismissal

Case No. 5:16-cv-02476-JGB-KKx
Ellis v. Hobby Lobby, Inc., et al.